Opinion issued July 17, 2003 

 





 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00695-CV

____________


IN RE LARRY LERMA, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Larry Lerma, filed a pro se petition for writ of mandamus,
requesting that this Court compel respondent, Honorable Thomas R. Culver, III, (1) to
rule on relator's motion for new trial filed in cause number 29,693A. 

 We deny the petition.

 The issue is moot. According to relator's petition, the motion for new trial
was filed on December 16, 2002. It was therefore overruled by operation of law on
Monday, March 3, 2003, because the seventh-fifth day after sentencing was Saturday,
March 1, 2003. See Tex. R. App. P. 4.1(a), 21.8.

 The petition for writ of mandamus is therefore denied as moot.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Hedges, Nuchia, and Keyes.
1. Judge Culver is the presiding judge of the 240th District Court in Fort Bend
County.